STATE OF MISSOURI, Respondent, v. H. STANGE, Appellant.

Springfield Court of Appeals, May 23, 1914.

CRIMINAL LAW: Review of the Record: Conviction Sustained. Where upon appeal from a conviction for common assault only the record proper was presented for review, no error appearing therein, the judgment is affirmed.

Appeal from Jasper Circuit Court. Division No. Two. —*Hon. David E. Blair*, Judge.

AFFIRMED.

*F. M. Cummins* for appellant.

*S. W. Bates,* Prosecuting Attorney, for respondent.

PER CURIAM.—Defendant was convicted of common assault and appeals. Nothing is presented here for review except the record proper, and as there is no error therein, the judgment of the circuit court is affirmed.